# EXHIBIT A

US00D869387S

## (12) United States Design Patent
### Ensing et al.

(10) Patent No.: **US D869,387 S**
(45) Date of Patent: ** **Dec. 10, 2019**

(54) **RECHARGEABLE BATTERY**

(71) Applicant: **THERAGUN, LLC**, Beverly Hills, CA (US)

(72) Inventors: **Geert Ensing**, Shanghai (CN); **Michael Waldron**, Dunnington (GB)

(73) Assignee: **THERAGUN, LLC**, Santa Monica, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/619,833**

(22) Filed: **Oct. 2, 2017**

(51) LOC (12) Cl. ............................................. 13-02
(52) U.S. Cl.
    USPC ....................................... **D13/103**
(58) Field of Classification Search
    USPC ............... D13/103, 107, 108, 110, 123, 133, D13/137.1–137.4, 138.1–138.2, D13/139.1–139.8, 152, 154, 184, 118, D13/119, 199
    CPC ...... H01R 25/00; H01R 25/006; H01R 13/00; H01R 13/04; H01R 13/10; H01R 13/6666; H01R 13/6675; H01R 13/62; H01R 13/66; H01R 9/00; H01R 11/00; H01H 2207/00; H01H 2207/022; H01H 2203/00; H02J 7/00; H02J 7/0003; H02J 7/0011; H02J 7/0013; H02J 7/0054; H02J 7/0055; H02J 7/0057; H01M 2/02; H01M 2/022; H01M 2/0202; H01M 2/0207; H01M 2/0212; H01M 2220/10; H01M 2220/20; Y02E 60/12; Y02E 60/122; Y02E 60/124; Y02E 60/50; H02G 3/285
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D321,338 | S | * | 11/1991 | Sakamoto | D13/103 |
| D323,642 | S | * | 2/1992 | Liao | D13/103 |
| D345,727 | S | * | 4/1994 | Flowers | D13/103 |
| D383,435 | S | * | 9/1997 | Svetlik | D13/103 |
| D384,639 | S | * | 10/1997 | Kawakami | D13/103 |
| D412,485 | S | * | 8/1999 | Kato | D13/103 |
| D417,648 | S | * | 12/1999 | Clowers | D13/103 |
| 6,007,939 | A | * | 12/1999 | Clowers | B25F 5/00 |
| | | | | | 429/100 |
| D432,077 | S | * | 10/2000 | Zurwelle | D13/103 |
| D466,863 | S | * | 12/2002 | Zurwelle | D13/119 |
| D474,445 | S | * | 5/2003 | Matsuoka | D13/103 |
| D488,774 | S | * | 4/2004 | Zufall | D13/103 |

(Continued)

OTHER PUBLICATIONS

Amazon.com: Energup Upgraded 2 Pack 12V 2500mAh Replacement . . . Date First Available on Amazon of Jul. 20, 2017. Retrieved from the internet at <https://www.amazon.com/dp/B0744CV97H/>, Sep. 6, 2019. 1 page. (Year: 2017).*

*Primary Examiner* — Rosemary K Tarcza
*Assistant Examiner* — Christy M Nemeth
(74) *Attorney, Agent, or Firm* — Jeffer Mangels; Butler & Mitchell LLP; Brennan C. Swain, Esq.

(57) **CLAIM**

The ornamental design for a rechargeable battery, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of a rechargeable battery of our new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a right side elevational view, the left side elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the drawings are for the purpose of illustrating portions of the rechargeable battery that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D504,111 S | * | 4/2005 | Ozawa | D13/103 |
| D504,394 S | * | 4/2005 | Cheung | D13/103 |
| D528,975 S | * | 9/2006 | Chi | D13/103 |
| D530,270 S | * | 10/2006 | Ozawa | D13/103 |
| D544,436 S | * | 6/2007 | Kawahara | D13/103 |
| D547,264 S | * | 7/2007 | Kondo | D13/103 |
| D553,562 S | * | 10/2007 | Okada | D13/103 |
| D579,868 S | * | 11/2008 | Harrison | D13/103 |
| D580,353 S | * | 11/2008 | Harrison | D13/103 |
| D590,333 S | * | 4/2009 | Price | D13/103 |
| D597,482 S | * | 8/2009 | Kondo | D13/103 |
| D598,844 S | * | 8/2009 | Harrison | D13/103 |
| D603,331 S | * | 11/2009 | Schupp | D13/103 |
| D622,660 S | * | 8/2010 | Taniguchi | D13/103 |
| 7,799,448 B2 | * | 9/2010 | Cruise | H01M 2/1022 429/7 |
| 7,953,965 B2 | * | 5/2011 | Qin | G06F 9/4401 713/1 |
| 8,383,263 B2 | * | 2/2013 | Cruise | H01M 2/1022 429/163 |
| D682,195 S | * | 5/2013 | Aglassinger | D13/103 |
| D699,672 S | * | 2/2014 | Kosugi | D13/103 |
| 9,871,370 B2 | * | 1/2018 | Friedman | H02H 3/087 |
| D817,869 S | * | 5/2018 | Lee | D13/103 |
| D818,949 S | * | 5/2018 | Dunkin | D13/103 |
| D823,247 S | * | 7/2018 | Lemelson | D13/108 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



*FIG. 4*



FIG. 5



FIG. 6