# EXHIBIT B

US00D879985S

(12) **United States Design Patent** (10) Patent No.: **US D879,985 S**
Wersland et al. (45) **Date of Patent:** ** **Mar. 31, 2020**

(54) **PERCUSSIVE MASSAGE DEVICE**

(71) Applicant: **Theragun, LLC**, Beverly Hills, CA (US)

(72) Inventors: **Jason Wersland**, Manhattan Beach, CA (US); **Benjamin Nazarian**, Beverly Hills, CA (US); **Jaime Sanchez Solana**, Los Angeles, CA (US); **Eduardo Merino**, Beverly Hills, CA (US); **Trent Hernandez**, Los Angeles, CA (US)

(73) Assignee: **THERAGUN, INC.**, Beverly Hills, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/708,804**

(22) Filed: **Oct. 9, 2019**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/674,838, filed on Dec. 26, 2018.

(51) **LOC (12) Cl.** .............................................. **28-03**
(52) **U.S. Cl.**
    USPC ....................................... **D24/214**
(58) **Field of Classification Search**
    USPC ........ 601/15, 18, 19, 27, 28, 29, 30, 31, 32,
            601/46, 47, 48, 52, 72, 99, 112, 113, 118,
            601/135, 137, DIG. 12, DIG. 14, DIG. 15,
            601/DIG. 16, DIG. 17; D24/200, 211,
            D24/212, 213, 214, 215; D8/14.1;
            607/85
    CPC .. A61H 23/0254; A61H 1/008; A61H 23/006;
            A61H 7/007
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,594,636 A | * | 8/1926 | Smith | ................... | A61H 23/02 |
| | | | | | 601/DIG. 17 |
| 1,784,301 A | * | 12/1930 | Mekler | .................. | A61H 9/005 |
| | | | | | 601/112 |
| 3,968,789 A | * | 7/1976 | Simoncini | .............. | A46B 13/04 |
| | | | | | D24/215 |
| 4,691,693 A | * | 9/1987 | Sato | ....................... | A61H 7/003 |
| | | | | | 601/15 |
| 4,989,613 A | * | 2/1991 | Finkenberg | .......... | A61B 5/4504 |
| | | | | | 601/46 |
| D329,291 S | * | 9/1992 | Wollman | ..................... | D24/200 |

(Continued)

OTHER PUBLICATIONS

Amazon, "Theragun G3PRO Percussive Therapy Device", Feb. 13, 2019. https://www.amazon.com/dp/B07MJ2MCT3/ref=nav_timeline_asin?_encoding=UTF8&psc=1. Shown on p. 1. (Year: 2019).

*Primary Examiner* — Cynthia Ramirez
*Assistant Examiner* — Michael A Maharajh
(74) *Attorney, Agent, or Firm* — Jeffer Mangels; Butler & Mitchell LLP; Brennan C. Swain, Esq.

(57) **CLAIM**

The ornamental design for a percussive massage device, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a percussive massage device, showing our new design;
FIG. **2** is a right side elevational view, the left side view being a mirror image thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a bottom perspective view thereof.
The broken lines shown in the figures are for the purpose of illustrating portions of the percussive massage device that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| D329,292 S | * | 9/1992 | Wollman | D24/200 |
| D331,467 S | * | 12/1992 | Wollman | D24/200 |
| D388,175 S | * | 12/1997 | Lie | D24/215 |
| 5,925,002 A | * | 7/1999 | Wollman | A61H 23/0263 601/46 |
| D430,938 S | * | 9/2000 | Lee | D24/214 |
| D448,852 S | * | 10/2001 | Engelen | D24/215 |
| 6,401,289 B1 | * | 6/2002 | Herbert | A61H 7/005 601/137 |
| D476,746 S | * | 7/2003 | Harris | D24/214 |
| D531,733 S | * | 11/2006 | Burout, III | D24/215 |
| D553,252 S | * | 10/2007 | Masuda | D24/214 |
| D606,192 S | * | 12/2009 | Summerer | D24/133 |
| D649,657 S | * | 11/2011 | Petersen | D24/215 |
| D658,759 S | * | 5/2012 | Marescaux | D24/133 |
| 8,435,194 B2 | * | 5/2013 | Dverin | A61B 18/14 601/112 |
| D703,337 S | * | 4/2014 | Fuhr | D24/200 |
| D706,433 S | * | 6/2014 | Fuhr | D24/200 |
| D708,742 S | * | 7/2014 | Dallemagne | D24/133 |
| D734,863 S | * | 7/2015 | Hennessey | D24/214 |
| D735,348 S | * | 7/2015 | Hennessey | D24/211 |
| D759,237 S | * | 6/2016 | Heath | D24/133 |
| D759,238 S | * | 6/2016 | Heath | D24/133 |
| D763,442 S | * | 8/2016 | Price | D24/133 |
| D778,439 S | * | 2/2017 | Hakansson | D24/133 |
| D819,221 S | * | 5/2018 | Lei | D24/200 |
| D823,478 S | * | 7/2018 | Park | D24/215 |
| D837,395 S | * | 1/2019 | Gan | D24/214 |
| D838,378 S | * | 1/2019 | Cao | D24/215 |
| D840,547 S | * | 2/2019 | Harle | D24/214 |
| D842,491 S | * | 3/2019 | Fleming | D24/215 |
| D843,656 S | * | 3/2019 | Zhang | D24/209 |
| D844,896 S | * | 4/2019 | Levi | D24/209 |
| D847,362 S | * | 4/2019 | Tang | D24/215 |
| D847,364 S | * | 4/2019 | Lee | D24/215 |
| D847,990 S | * | 5/2019 | Kimball | D24/133 |
| 10,314,762 B1 | * | 6/2019 | Marton | A61H 1/008 |
| 10,357,425 B2 | | 7/2019 | Wersland | |
| D855,822 S | * | 8/2019 | Marton | D24/215 |
| 2002/0177795 A1 | * | 11/2002 | Frye | A61H 1/008 601/84 |
| 2002/0188233 A1 | * | 12/2002 | Denyes | A61H 19/34 601/DIG. 16 |
| 2003/0195443 A1 | * | 10/2003 | Miller | A61H 1/008 601/108 |
| 2005/0131461 A1 | * | 6/2005 | Tucek | A61H 1/008 601/108 |
| 2006/0116614 A1 | * | 6/2006 | Jones | A61H 15/0085 601/46 |
| 2006/0211961 A1 | * | 9/2006 | Meyer | A61H 7/005 601/15 |
| 2010/0145242 A1 | * | 6/2010 | Tsai | A61H 7/004 601/135 |
| 2010/0160841 A1 | * | 6/2010 | Wu | A61H 7/004 601/135 |
| 2010/0274162 A1 | * | 10/2010 | Evans | A61F 7/007 601/15 |
| 2012/0197357 A1 | * | 8/2012 | Dewey | A61B 18/203 607/89 |
| 2013/0030506 A1 | * | 1/2013 | Bartolone | A61N 5/0616 607/89 |
| 2014/0221887 A1 | * | 8/2014 | Wu | A61H 15/0092 601/112 |
| 2015/0119771 A1 | * | 4/2015 | Roberts | A61H 39/04 601/135 |
| 2018/0154141 A1 | * | 6/2018 | Ahn | A61H 39/08 |
| 2018/0200141 A1 | * | 7/2018 | Wersland | A61H 1/008 |
| 2019/0175434 A1 | * | 6/2019 | Zhang | A61H 1/008 |
| 2019/0254921 A1 | * | 8/2019 | Marton | A61H 23/0254 |
| 2019/0254922 A1 | * | 8/2019 | Marton | A61H 23/0254 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 4



FIG. 3



FIG. 5

FIG. 6



FIG. 7