EXHIBIT C

US00D880714S

## (12) United States Design Patent
### Wersland et al.

(10) Patent No.: **US D880,714 S**
(45) Date of Patent: ⁎⁎ **Apr. 7, 2020**

(54) **PERCUSSIVE MASSAGE DEVICE**

(71) Applicant: **THERAGUN, LLC**, Santa Monica, CA (US)

(72) Inventors: **Jason Wersland**, Manhattan Beach, CA (US); **Benjamin Nazarian**, Beverly Hills, CA (US); **Jaime Sanchez Solana**, Los Angeles, CA (US); **Trent Hernandez**, Los Angeles, CA (US); **Rene Oehlerking**, Los Angeles, CA (US); **Dennis Matthew Puhalla**, Chicago, IL (US); **Jillian Tackaberry**, Chicago, IL (US); **Gary Paulsen**, Chicago, IL (US)

(73) Assignee: **THERAGUN, LLC**, Santa Monica, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/674,836**

(22) Filed: **Dec. 26, 2018**

(51) **LOC (12) Cl.** .............................................. **28-03**

(52) **U.S. Cl.**
USPC ....................................................... **D24/215**

(58) **Field of Classification Search**
USPC ........ 601/15, 18, 19, 27, 28, 29, 30, 31, 32, 601/46, 47, 48, 52, 72, 99, 112, 113, 118, 601/135, 137, DIG. 12, DIG. 14, DIG. 15, 601/DIG. 16, DIG. 17; D24/200, 211, D24/212, 213, 214, 215; D8/14.1; 607/85
CPC .. A61H 23/0254; A61H 1/008; A61H 23/006; A61H 7/007
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,594,636 A | * | 8/1926 | Smith | ..................... | A61H 23/02 601/DIG. 17 |
| 1,784,301 A | * | 12/1930 | Mekler | .................. | A61H 9/005 601/112 |
| 3,968,789 A | * | 7/1976 | Simoncini | .............. | A46B 13/04 601/95 |
| 4,691,693 A | * | 9/1987 | Sato | ........................ | A61H 7/003 601/15 |
| 4,989,613 A | * | 2/1991 | Finkenberg | .......... | A61B 5/4504 601/46 |
| D329,291 S | * | 9/1992 | Wollman | ..................... | D24/200 |
| D329,292 S | * | 9/1992 | Wollman | ..................... | D24/200 |

(Continued)

OTHER PUBLICATIONS

Amazon, "Theragun Liv Percussive Massager Muscle Stimulator", May 22, 2019. https://www.amazon.com/Theragun-Percussive-Massager-Muscle-Stimulator/dp/B07QJDWVWT/ref=cm_cr_arp_d_product_top?ie=UTF8. Shown on p. 1. (Year: 2019).*

*Primary Examiner* — Cynthia Ramirez
*Assistant Examiner* — Michael A Maharajh
(74) *Attorney, Agent, or Firm* — Jeffer Mangels Butler & Mitchell LLP; Brennan C. Swain, Esq.

(57) **CLAIM**

The ornamental design for a percussive massage device, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a percussive massage device, showing our new design;
FIG. **2** is a right side elevational view, the left side elevational view being a mirror image thereof;
FIG. **3** is a front elevational view;
FIG. **4** is a rear elevational view;
FIG. **5** is a top plan view;
FIG. **6** is a bottom plan view; and,
FIG. **7** is a bottom perspective view.
The broken lines shown in the figures are for the purpose of illustrating portions of the percussive massage device that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D331,467 S | * | 12/1992 | Wollman | D24/200 |
| D388,175 S | * | 12/1997 | Lie | D24/215 |
| 5,925,002 A | * | 7/1999 | Wollman | A61H 23/0263 |
| | | | | 601/46 |
| D430,938 S | * | 9/2000 | Lee | D24/214 |
| D448,852 S | * | 10/2001 | Engelen | D24/215 |
| 6,401,289 B1 | * | 6/2002 | Herbert | A61H 7/005 |
| | | | | 601/138 |
| D476,746 S | * | 7/2003 | Harris | D24/214 |
| D531,733 S | * | 11/2006 | Burout, III | D24/215 |
| D553,252 S | * | 10/2007 | Masuda | D24/214 |
| D606,192 S | * | 12/2009 | Summerer | D24/133 |
| D649,657 S | * | 11/2011 | Petersen | D24/214 |
| D658,759 S | * | 5/2012 | Marescaux | D24/133 |
| 8,435,194 B2 | * | 5/2013 | Dverin | A61B 18/14 |
| | | | | 601/112 |
| D703,337 S | * | 4/2014 | Fuhr | D24/200 |
| D706,433 S | * | 6/2014 | Fuhr | D24/200 |
| D708,742 S | * | 7/2014 | Dallemagne | D24/133 |
| D734,863 S | * | 7/2015 | Hennessey | D24/214 |
| D735,348 S | * | 7/2015 | Hennessey | D24/211 |
| D759,237 S | * | 6/2016 | Heath | D24/133 |
| D759,238 S | * | 6/2016 | Heath | D24/133 |
| D763,442 S | * | 8/2016 | Price | D24/133 |
| D778,439 S | * | 2/2017 | Hakansson | D24/133 |
| D819,221 S | * | 5/2018 | Lei | D24/200 |
| D823,478 S | * | 7/2018 | Park | D24/215 |
| D837,395 S | * | 1/2019 | Gan | D24/214 |
| D838,378 S | * | 1/2019 | Cao | D24/215 |
| D840,547 S | * | 2/2019 | Harle | D24/214 |
| D842,491 S | * | 3/2019 | Fleming | D24/215 |
| D843,656 S | * | 3/2019 | Zhang | D24/133 |
| D844,896 S | * | 4/2019 | Levi | D24/133 |
| D847,362 S | * | 4/2019 | Tang | D24/215 |
| D847,364 S | * | 4/2019 | Lee | D24/215 |
| D847,990 S | * | 5/2019 | Kimball | D24/133 |
| 10,314,762 B1 | * | 6/2019 | Marton | A61H 23/006 |
| 10,357,425 B2 | * | 7/2019 | Wersland | A61H 15/0085 |
| D855,822 S | * | 8/2019 | Marton | D24/215 |
| 2002/0177795 A1 | * | 11/2002 | Frye | A61H 1/008 |
| | | | | 601/84 |
| 2002/0188233 A1 | * | 12/2002 | Denyes | A61H 19/34 |
| | | | | 601/46 |
| 2003/0195443 A1 | * | 10/2003 | Miller | A61H 1/008 |
| | | | | 601/108 |
| 2005/0131461 A1 | * | 6/2005 | Tucek | A61H 1/008 |
| | | | | 601/108 |
| 2006/0116614 A1 | * | 6/2006 | Jones | A61H 15/0085 |
| | | | | 601/46 |
| 2006/0211961 A1 | * | 9/2006 | Meyer | A61H 7/005 |
| | | | | 601/15 |
| 2010/0145242 A1 | * | 6/2010 | Tsai | A61H 7/004 |
| | | | | 601/135 |
| 2010/0160841 A1 | * | 6/2010 | Wu | A61H 7/004 |
| | | | | 601/135 |
| 2010/0274162 A1 | * | 10/2010 | Evans | A61F 7/007 |
| | | | | 601/15 |
| 2012/0197357 A1 | * | 8/2012 | Dewey | A61B 18/203 |
| | | | | 607/89 |
| 2013/0030506 A1 | * | 1/2013 | Bartolone | A61N 5/0616 |
| | | | | 607/89 |
| 2014/0221887 A1 | * | 8/2014 | Wu | A61H 15/0092 |
| | | | | 601/112 |
| 2015/0119771 A1 | * | 4/2015 | Roberts | A61H 39/04 |
| | | | | 601/135 |
| 2018/0154141 A1 | * | 6/2018 | Ahn | A61H 39/08 |
| 2018/0200141 A1 | * | 7/2018 | Wersland | A61H 1/008 |
| 2019/0175434 A1 | * | 6/2019 | Zhang | A61H 1/008 |
| 2019/0254921 A1 | * | 8/2019 | Marton | A61H 23/006 |
| 2019/0254922 A1 | * | 8/2019 | Marton | A61H 23/006 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4




FIG. 5            FIG. 6



FIG. 7