# EXHIBIT E

US010702448B2

(12) **United States Patent**
Wersland et al.

(10) Patent No.: **US 10,702,448 B2**
(45) Date of Patent: **\*Jul. 7, 2020**

(54) **PERCUSSIVE MASSAGE DEVICE AND METHOD OF USE**

(71) Applicant: **Theragun, Inc.**, Beverly Hills, CA (US)

(72) Inventors: **Jason Wersland**, Manhattan Beach, CA (US); **Benjamin Nazarian**, Beverly Hills, CA (US); **Jaime Sanchez Solana**, Los Angeles, CA (US); **Harald Quintus-Bosz**, Boston, MA (US); **Anthony Parker**, Boston, MA (US); **Chris McCaslin**, San Francisco, CA (US)

(73) Assignee: **THERAGUN, INC.**, Beverly Hills, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/675,772**

(22) Filed: **Nov. 6, 2019**

(65) **Prior Publication Data**

US 2020/0069510 A1     Mar. 5, 2020

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/357,984, filed on Mar. 19, 2019, which is a continuation of
(Continued)

(51) **Int. Cl.**
**A61H 23/00**      (2006.01)
**A61H 1/00**        (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... **A61H 23/006** (2013.01); **A61H 1/008** (2013.01); **A61H 15/0085** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC .......... A61H 1/00; A61H 1/006; A61H 1/008; A61H 23/00; A61H 23/004; A61H 23/006;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,172,675 A     3/1965   Gonzalez
3,545,301 A     12/1970  Richter
(Continued)

FOREIGN PATENT DOCUMENTS

JP          1990019157        1/1990
JP          1995051393        2/1995
(Continued)

OTHER PUBLICATIONS

JP2018-517683 Office Action dated Oct. 25, 2018.
(Continued)

*Primary Examiner* — Colin W Stuart
(74) *Attorney, Agent, or Firm* — Jeffer Mangels Butler & Mitchell LLP; Brennan C. Swain, Esq.

(57) **ABSTRACT**

A percussive massage device that includes a housing, an electrical source, a motor positioned in the housing, a switch for activating the motor, and a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor. The housing includes first, second and third handle portions that cooperate to define a handle opening, wherein the first handle portion defines a first axis, the second handle portion defines a second axis and the third handle portion defines a third axis, and wherein the first, second and third axes cooperate to form a triangle.

**21 Claims, 32 Drawing Sheets**



## US 10,702,448 B2

Page 2

### Related U.S. Application Data

application No. 15/920,322, filed on Mar. 13, 2018, now Pat. No. 10,357,425, which is a continuation-in-part of application No. 15/458,920, filed on Mar. 14, 2017, now abandoned.

(60) Provisional application No. 62/899,098, filed on Sep. 11, 2019, provisional application No. 62/844,424, filed on May 7, 2019, provisional application No. 62/785,151, filed on Dec. 26, 2018.

(51) **Int. Cl.**

| | |
|---|---|
| *A61H 23/02* | (2006.01) |
| *A61H 15/00* | (2006.01) |
| *B27B 19/00* | (2006.01) |
| *B23D 51/16* | (2006.01) |
| *B23D 49/10* | (2006.01) |
| *B23D 49/00* | (2006.01) |
| *B27B 19/02* | (2006.01) |
| *A61B 17/14* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *A61H 23/00* (2013.01); *A61H 23/0254* (2013.01); *A61B 17/142* (2016.11); *A61H 2023/029* (2013.01); *A61H 2201/0165* (2013.01); *A61H 2201/12* (2013.01); *A61H 2201/123* (2013.01); *A61H 2201/1207* (2013.01); *A61H 2201/1215* (2013.01); *A61H 2201/14* (2013.01); *A61H 2201/149* (2013.01); *A61H 2201/1481* (2013.01); *A61H 2201/1664* (2013.01); *B23D 49/007* (2013.01); *B23D 49/10* (2013.01); *B23D 51/16* (2013.01); *B27B 19/00* (2013.01); *B27B 19/002* (2013.01); *B27B 19/02* (2013.01)

(58) **Field of Classification Search**
CPC ................ A61H 23/02; A61H 23/0218; A61H 23/0254; A61H 23/0263; A61H 23/04; A61H 23/06; A61H 2023/002; A61H 2023/0209; A61H 2023/0272; A61H 2023/0281; A61H 2023/029; A61H 39/00; A61H 39/002; A61H 39/007; A61H 39/04; A61H 2201/0165; A61H 2201/12; A61H 2201/1207; A61H 2201/1215; A61H 2201/1223; A61H 2201/123; A61H 2201/1238; A61H 2201/14; A61H 2201/1409; A61H 2201/1418; A61H 2201/1481; A61H 2201/149; A61H 2201/1664; B23D 51/16; B23D 49/162; B23D 49/165; B23D 49/00; B23D 49/007; B23D 49/008; B23D 49/10; B23D 49/16; B23D 49/167; B26D 7/2621; B26D 7/2614; B26D 5/14; A61B 17/148; A61B 17/142; A61B 17/14; A61B 17/144; B27B 19/00; B27B 19/002; B27B 19/006; B27B 19/09; B27B 19/02; B27B 11/06
USPC .... 83/615, 623, 632, 626, 427; 30/392, 393, 30/394, 182, 208, 241, 217–220, 242; 173/49, 114, 122, 205; 227/131; D08/8, D08/61, 64; 144/121, 122, 147; 125/16.01; 76/31, 36; 601/97, 107
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,626,934 A | 12/1971 | Andis | |
| 3,942,251 A | 3/1976 | Griffies | |
| 4,150,668 A | 4/1979 | Johnston | |
| 4,158,246 A * | 6/1979 | Meadows | B24B 23/02 15/28 |
| 4,173,217 A | 11/1979 | Johnston | |
| 4,549,535 A | 10/1985 | Wing | |
| 4,566,442 A | 1/1986 | Mabuchi | |
| 4,730,605 A | 3/1988 | Noble | |
| 4,991,298 A * | 2/1991 | Matre | A01G 3/08 30/166.3 |
| 5,085,207 A | 2/1992 | Fiore | |
| 5,212,887 A * | 5/1993 | Farmerie | B23D 49/165 30/392 |
| 5,417,644 A | 5/1995 | Lee | |
| 5,569,168 A | 10/1996 | Hartwig | |
| 5,573,500 A | 11/1996 | Katsunuma | |
| 5,951,501 A | 9/1999 | Griner | |
| 6,228,042 B1 | 8/2001 | Dungan | |
| 6,663,657 B1 | 12/2003 | Miller | |
| 6,682,496 B1 * | 1/2004 | Pivaroff | A61H 7/005 601/101 |
| 7,927,259 B1 * | 4/2011 | Rix | A61H 7/005 482/83 |
| 7,996,996 B2 | 8/2011 | Hirabayashi | |
| 8,342,187 B2 | 1/2013 | Kalman | |
| 8,951,216 B2 | 2/2015 | Yoo | |
| 10,357,425 B2 * | 7/2019 | Wersland | A61H 15/0085 |
| 2001/0016697 A1 | 8/2001 | Gorsen | |
| 2002/0082532 A1 * | 6/2002 | Tucek | A61H 1/008 601/97 |
| 2003/0009116 A1 | 1/2003 | Luettgen | |
| 2003/0094356 A1 | 5/2003 | Waldron | |
| 2003/0144615 A1 | 7/2003 | Lin | |
| 2003/0195443 A1 | 10/2003 | Miller | |
| 2005/0126018 A1 * | 6/2005 | Haas | B23D 51/16 30/394 |
| 2006/0025710 A1 | 2/2006 | Schulz | |
| 2006/0123941 A1 | 6/2006 | Wadge | |
| 2006/0192527 A1 | 8/2006 | Kageler | |
| 2007/0144310 A1 | 6/2007 | Pozgay | |
| 2007/0150004 A1 | 6/2007 | Colloca | |
| 2008/0103419 A1 | 5/2008 | Adamson | |
| 2008/0177207 A1 * | 7/2008 | Liao | A61H 7/003 601/137 |
| 2009/0188119 A1 * | 7/2009 | Oberheim | B23D 49/165 30/392 |
| 2010/0145242 A1 * | 6/2010 | Tsai | A61H 7/005 601/108 |
| 2012/0253245 A1 | 10/2012 | Stanbridge | |
| 2013/0133210 A1 * | 5/2013 | Weir | B23D 49/16 30/374 |
| 2013/0138023 A1 | 5/2013 | Lerro | |
| 2013/0261516 A1 | 10/2013 | Cilea | |
| 2013/0281897 A1 | 10/2013 | Hoffmann | |
| 2014/0180331 A1 | 6/2014 | Turner | |
| 2015/0005682 A1 | 1/2015 | Danby | |
| 2015/0148592 A1 | 5/2015 | Kanbar | |
| 2015/0375315 A1 | 12/2015 | Ukai | |
| 2018/0236572 A1 | 8/2018 | Ukai | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 003077837 | 6/2001 |
| JP | 2005204777 | 4/2005 |
| JP | 2010534110 | 11/2010 |
| KR | 101123926 | 4/2012 |
| WO | 2015038005 | 3/2005 |

**US 10,702,448 B2**

Page 3

(56)  **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2009014727 | 1/2009 |
| WO | 2014118596 | 8/2014 |

OTHER PUBLICATIONS

CA 2990178 Office Action dated Oct. 25, 2018.
International Search Report and Written Opinion issued in PCT/ US18/22426.
Rachel [no family name indicated], "Jigsaw Massager", Apr. 18, 2010 (https://web.archive.org/web/20100418041422/http://www. instructables.com/id/Jigsaw-Massager/).
Rockwell Trans4mer Operating Manual for Multi-purpose saw, Model RK2516/RK2516K, 2011.
Worx Trans4mer "Safety and Operating Manual" for 12V Li-Ion Multi-purposed saw, WX540, WX540.3, 2013.
PCT/US2016/038326 International Search Report & Written Opin- ion dated Sep. 1, 2016.
AU 2016284030 Examination Report dated May 7, 2018.

* cited by examiner



FIG. 1



*FIG. 2*



**FIG. 3A**



**FIG. 3B**



*FIG. 4*



*500*

502 — PROVIDE A HOUSING

504 — CONNECT A MOTOR TO THE HOUSING

506 — OPERABLY CONNECT AN ACTUATED OUTPUT TO THE MOTOR

*FIG. 5*



600

602 — APPLY A FORCE PROVIDED BY A RECIPROCAL TREATMENT DEVICE TO A BODY PART

*FIG. 6*



FIG. 7

U.S. Patent

Jul. 7, 2020

Sheet 8 of 32

US 10,702,448 B2



**FIG. 8**

U.S. Patent

Jul. 7, 2020

Sheet 9 of 32

US 10,702,448 B2



FIG. 9

Case 1:21-cv-00247-CFC   Document 27-5   Filed 11/22/21   Page 14 of 49 PageID #: 417



FIG. 10



**FIG. 11A**



**FIG. 11B**



*FIG. 11C*

*FIG. 11D*



**FIG. 11E**

U.S. Patent

Jul. 7, 2020

Sheet 14 of 32

US 10,702,448 B2



**FIG. 12**

1/10



FIG. 13

U.S. Patent

Jul. 7, 2020

Sheet 16 of 32

US 10,702,448 B2



**FIG. 14**



FIG. 14A



FIG. 15



*FIG. 16*



212

149

147

*FIG. 17*



FIG. 18

U.S. Patent

Jul. 7, 2020

Sheet 22 of 32

US 10,702,448 B2



**FIG. 19**

U.S. Patent

Jul. 7, 2020

Sheet 23 of 32

US 10,702,448 B2



FIG. 20



FIG. 21

U.S. Patent

Jul. 7, 2020

Sheet 24 of 32

US 10,702,448 B2



*FIG. 22*



*FIG. 23*



FIG. 24



*FIG. 25*



FIG. 26



FIG. 27



*FIG. 28*

Case 1:21-cv-00247-CFC   Document 27-5   Filed 11/22/21   Page 36 of 49 PageID #: 439



FIG. 29

US 10,702,448 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# PERCUSSIVE MASSAGE DEVICE AND METHOD OF USE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 16/357,984, filed Mar. 19, 2019, which is a continuation of U.S. patent application Ser. No. 15/920, 322, filed on Mar. 13, 2018, now U.S. Pat. No. 10,357,425, which is a continuation-in-part of U.S. patent application Ser. No. 15/458,920, filed on Mar. 14, 2017. This application also claims the benefit of U.S. Provisional Patent Application. No. 62/785,151, filed on Dec. 26, 2018, U.S. Provisional Patent Application No. 62/844,424, filed on May 7, 2019, and U.S. Provisional Patent Application No. 62/899, 098, filed on Sep. 11, 2019. All applications listed above are hereby incorporated by reference in their entireties.

## FIELD OF THE INVENTION

The present invention relates generally to massage devices and more particularly to a vibrating massage device or percussive massage device that provides reciprocating motion.

## BACKGROUND OF THE INVENTION

Massage devices often provide ineffective massages that are superficial and do not provide any real benefit. Accordingly, there is a need for an improved massage device.

## SUMMARY OF THE PREFERRED EMBODIMENTS

In accordance with a first aspect of the present invention there is provided a method of using a percussive massage device that includes obtaining the percussive massage device that includes a housing having first, second and third handle portions that cooperate to define a handle opening, an electrical source, a motor positioned in the housing, a switch for activating the motor, and a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor. The method also includes activating the motor using the switch, grasping the first handle portion, massaging a first body part, alternatively grasping the second handle portion and massaging the first body part, and alternatively grasping the third handle portion and massaging the first body part. In a preferred embodiment, the first handle portion defines a first axis, the second handle portion defines a second axis and the third handle portion defines a third axis, and the first, second and third axes cooperate to form a triangle. In a preferred embodiment, the method also includes grasping the second handle portion, massaging a second body part, grasping the third handle portion, and massaging a third body part.

In accordance with another aspect of the present invention there is provided percussive massage device that includes a housing, an electrical source, a motor positioned in the housing, a switch for activating the motor, and a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor. In a preferred embodiment, the housing includes first, second and third handle portions that cooperate to define a handle opening, wherein the first handle portion defines a first axis, the second handle portion defines a second axis and the third

handle portion defines a third axis, and wherein the first, second and third axes cooperate to form a triangle.

Preferably, the first handle portion includes a first handle portion interior edge and defines a first handle portion length and the first handle portion length is long enough that when a user grasps the first handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the first handle portion interior edge. Preferably, the second handle portion includes a second handle portion interior edge and defines a second handle portion length and the second handle portion length is long enough that when a user grasps the second handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the second handle portion interior edge. Preferably, the third handle portion includes a third handle portion interior edge and defines a third handle portion length and the third handle portion length is long enough that when a user grasps the third handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the third handle portion interior edge. In a preferred embodiment, the first handle portion is generally straight, the second handle portion is generally straight and the third handle portion is generally straight. Generally straight means that the majority of the handle portion is straight, but can include rounded edges or corners where the different handle portions meet or where the handle portions meet the bulge portion or the finger protrusion, etc.

In a preferred embodiment, the switch includes switch electronics associated therewith, the electrical source is a battery that is housed in the second handle portion and the switch electronics are housed in the first handle portion. Preferably, the motor is configured to rotate a pinion shaft having a pinion gear thereon about a shaft rotation axis. The housing includes a gear member disposed therein that is operatively engaged with the pinion gear and rotates about a gear rotation axis. The push rod assembly is operatively connected to the gear member, and rotational motion of the pinion shaft is converted to reciprocating motion of the push rod assembly through the engagement of the pinion gear and the gear member. The motor includes a motor shaft extending outwardly therefrom and a pinion coupling assembly is positioned between the motor shaft and the pinion shaft. The pinion coupling includes a lower connector that is operatively connected to the motor shaft, an upper connector that is operatively connected to the pinion shaft, and a cross coupling positioned between the lower connector and the upper connector. In a preferred embodiment, the lower connector includes a main body portion that defines a central opening that receives the motor shaft and first and second lower connector arms extending outwardly from the main body portion, the upper connector includes a main body portion that defines a central opening that receives the pinion shaft and first and second upper connector arms extending outwardly from the main body portion, the cross coupling includes radially extending ribs, and the first and second lower connector members and the first and second upper connector members operatively engage the radially extending ribs. Preferably, the lower and upper connectors comprise a plastic and the cross coupling comprises an elastomer.

In a preferred embodiment, the gear member is disposed in a rotation housing that is rotatable between at least first and second positions. A gearbox housing that houses the gear member is disposed in the rotation housing. The gearbox housing includes a clearance slot having first and second ends defined therein. The push rod assembly extends through the clearance slot, such that when the rotation

US 10,702,448 B2

3

housing is rotated from the first position to the second position the push rod assembly moves within the clearance slot from adjacent the first end to adjacent the second end.

In a preferred embodiment, the push rod assembly includes a first rod portion having a proximal end and a distal end and a second rod portion having a proximal end and a distal end. The proximal end of the first rod portion is operatively connected to the motor. An adapter assembly is positioned between the first and second rod portions. The adapter assembly allows the first rod portion to pivot with respect to the second rod portion. Preferably, the adapter assembly includes an adapter member that includes a pocket that receives the distal end of the first rod portion therein. A pivot pin spans the pocket and extends through the distal end of the first rod portion. In a preferred embodiment, the adapter member includes a protrusion that is received in the proximal end of the second rod portion.

In accordance with another aspect of the present invention there is provided a massage device that includes a housing, an electrical input, a motor, a switch in electrical communication with the electrical input and the motor and configured to selectively provide power from the electrical input to the motor, an actuated output operatively connected to the motor and configured to reciprocate in response to activation of the motor, and a treatment structure operatively connected to a distal end of the actuated output. The actuated output is configured to reciprocate the treatment structure at a frequency of between about 15 Hz and about 100 Hz, and at an amplitude of between about 0.15 and about 1.0 inches. The combination of amplitude and frequency provides efficient reciprocation of the treatment structure such that the treatment structure provides therapeutically beneficial treatment to a targeted muscle of a user.

In a preferred embodiment, the actuated output is configured to reciprocate the treatment structure at a frequency of between about 25 Hz and about 48 Hz, and at an amplitude of between about 0.23 and about 0.70 inches. In another preferred embodiment, the actuated output is configured to reciprocate the treatment structure at a frequency of between about 33 Hz and about 42 Hz, and at an amplitude of between about 0.35 and about 0.65 inches.

In a preferred embodiment, the motor is configured to rotate a shaft having a shaft gear thereon about a shaft rotation axis. The housing includes a gear member disposed therein that is operatively engaged with the shaft gear and rotates about a gear rotation axis. The actuated output is operatively connected to the gear member, and the rotational motion of the shaft is converted to reciprocating motion of the actuated output through the engagement of the shaft gear and the gear member. Preferably, the gear rotation axis is perpendicular to the shaft rotation axis and an eccentric interface is disposed on the gear member at a location other than the gear rotation axis. Preferably, the device further includes a reciprocator shaft operatively connected to the eccentric interface, and a containment member. A head of the reciprocator shaft is contained by the containment member to restrict motion of the reciprocator shaft to a linear motion that is perpendicular to the gear rotation axis. In a preferred embodiment, the gear member comprises a counterweight disposed on the gear member, and the center of mass of the counterweight is not on the gear rotation axis. Preferably, the head of the reciprocator shaft includes an elongated opening therein, the eccentric interface includes a pin, and the pin is configured to move within the elongated opening as the gear member rotates.

In a preferred embodiment, the massage device includes a rotation housing. The main housing includes a rotation

4

space defined therein. The rotation housing includes a main body portion disposed in the housing and an arm portion extending through the rotation space and outside the housing, wherein the actuated output extends outwardly from the arm portion, and the rotation housing can rotate within the rotation space between a plurality of positions. Preferably, the massage device includes a button extending outwardly from the housing that is movable between a first position and a second position. The button includes a plurality of teeth members. The housing includes a plurality of first teeth spaces defined therein and the rotation housing includes a plurality of second teeth spaces defined therein. When the button is in the first position the teeth members engage the first teeth spaces and the rotation housing cannot rotate. When the button is in the second position (when it is pressed in and overcomes the spring bias) the teeth members engage the second teeth spaces and the rotation housing can rotate.

In accordance with another aspect of the present invention, there is provided a reciprocating treatment device that includes a housing, a handle disposed on the housing, the handle having a handle axis, a motor disposed in the housing, and an actuated output operably connected to the motor. The actuated output is configured to reciprocate in response to activation of the motor. The reciprocation is along a reciprocation axis. The motor includes a shaft having a shaft rotation axis, and the shaft rotation axis lies in a plane defined by the handle axis and the reciprocation axis (they are all coplanar).

In a preferred embodiment, the reciprocating treatment device includes a gearbox to convert rotary motion from the shaft to reciprocal motion at the actuated output. Preferably, the gearbox includes a gear member having a gear rotation axis perpendicular to the shaft rotation axis, and an eccentric interface disposed on the gear at a location other than the gear rotation axis. The device also includes a reciprocator shaft operatively connected to the eccentric interface, and a reciprocator interface configured to restrict linear motion of the reciprocator shaft to a direction parallel to the reciprocation axis and perpendicular to the gear rotation axis. The gear member preferably includes a counterweight disposed on the gear member. The center of mass of the counterweight is not on the gear rotation axis.

In a preferred embodiment, the counterweight has a mass similar to the components of the reciprocating treatment device that reciprocate along the reciprocation axis. Preferably, the counterweight has a mass between 45 grams and 55 grams. In a preferred embodiment, the gearbox is connected to a compliant dampening block and the compliant dampening block is connected to the housing. Preferably, the compliant dampening block comprises a polymer. In a preferred embodiment, the shaft is operably connected with the gearbox through a compliant shaft damper.

An embodiment provides a reciprocal treatment device. The reciprocal treatment device includes a housing, a motor connected to the housing, and an actuated output. The housing includes a handle located on the housing. The handle has a handle axis. The actuated output is operably connected to the motor. The actuated output is configured to reciprocate in response to activation of the motor. Reciprocation of the actuated output is along a reciprocation axis. The motor includes a shaft having a shaft rotation axis. The shaft rotation axis is parallel to a plane in which the handle axis and the reciprocation axis are located. Other embodiments of a reciprocal treatment device are also described.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention may be more readily understood by referring to the accompanying drawings in which:

US 10,702,448 B2

5

FIG. **1** depicts a cutaway side view of one embodiment of a reciprocating treatment device;

FIG. **2** depicts a side view of one embodiment of the reciprocating treatment device of FIG. **1**;

FIGS. **3A** and **3B** depict perspective views of embodiments of actuation components the reciprocating treatment device of FIG. **1**;

FIG. **4** depicts a side view of one embodiment of actuation components of the reciprocating treatment device of FIG. **1**;

FIG. **5** depicts a flowchart diagram showing one embodiment of a method of manufacture of the reciprocating treatment device of FIG. **1**;

FIG. **6** depicts a flowchart diagram showing one embodiment of a method of use of the reciprocating treatment device of FIG. **1**;

FIG. **7** is a side elevational view of a reciprocating treatment device in accordance with an embodiment of the present invention;

FIG. **8** is a perspective view of the reciprocating treatment device of FIG. **7** with a portion of the housing removed to show the motor and actuation components;

FIG. **9** is an exploded perspective view of a portion of the reciprocating treatment device of FIG. **7**;

FIG. **10** is a side elevational view of the motor and actuation components of the reciprocating treatment device of FIG. **7**;

FIG. **11A** depicts the reciprocator shaft in the extended position;

FIG. **11B** depicts the reciprocator shaft between the extended and retracted positions;

FIG. **11C** depicts the reciprocator shaft in the retracted position;

FIG. **11D** depicts the reciprocator shaft between the extended and retracted positions;

FIG. **11E** depicts the reciprocator shaft in the extended position, but after being rotated relative to FIGS. **11A**-**11D**;

FIG. **12** is an exploded perspective view of the components associated with the rotation of the arm;

FIG. **13** is a side elevational view with the rotation housing and actuated output rotated to a vertical position (compare to the horizontal position in FIG. **7**);

FIG. **14** is a side elevational view of a percussive massage device in accordance with a preferred embodiment of the present invention;

FIG. **14A** is another side elevational view of the percussive massage device of FIG. **14**;

FIG. **15** is a perspective view of the percussive massage device;

FIG. **16** is a side elevational view of the percussive massage device showing a user grasping the first handle portion;

FIG. **17** is a side elevational view of the percussive massage device showing a user grasping the third handle portion;

FIG. **18** is a side elevational view of the percussive massage device showing a user grasping the second handle portion;

FIG. **19** is an exploded perspective view of the percussive massage device;

FIG. **20** is an exploded perspective view of a portion of the drive train components of the percussive massage device;

FIG. **21** is another an exploded perspective view of a portion of the percussive massage device;

FIG. **22** is a perspective view of the drive train components of the percussive massage device;

6

FIG. **23** is a perspective view of the push rod assembly of the percussive massage device;

FIG. **24** is a perspective view of another percussive massage device;

FIG. **25** is a side elevational view of the percussive massage device of FIG. **24**;

FIG. **26** is a side elevational view of the percussive massage device showing some internal components in hidden lines;

FIG. **27** is an exploded perspective view of some of the internal components of the percussive massage device;

FIG. **28** is a perspective view of another percussive massage device; and

FIG. **29** is a side elevational view of the percussive massage device of FIG. **28**.

Like numerals refer to like parts throughout the several views of the drawings.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following description and drawings are illustrative and are not to be construed as limiting. Numerous specific details are described to provide a thorough understanding of the disclosure. However, in certain instances, well-known or conventional details are not described in order to avoid obscuring the description. References to one or another embodiment in the present disclosure can be, but not necessarily are, references to the same embodiment; and, such references mean at least one of the embodiments.

Reference in this specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the disclosure. Appearances of the phrase "in one embodiment" in various places in the specification do not necessarily refer to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments. Moreover, various features are described which may be exhibited by some embodiments and not by others. Similarly, various requirements are described which may be requirements for some embodiments but not other embodiments.

The terms used in this specification generally have their ordinary meanings in the art, within the context of the disclosure, and in the specific context where each term is used. Certain terms that are used to describe the disclosure are discussed below, or elsewhere in the specification, to provide additional guidance to the practitioner regarding the description of the disclosure. For convenience, certain terms may be highlighted, for example using italics and/or quotation marks: The use of highlighting has no influence on the scope and meaning of a term; the scope and meaning of a term is the same, in the same context, whether or not it is highlighted. It will be appreciated that the same thing can be said in more than one way.

Consequently, alternative language and synonyms may be used for any one or more of the terms discussed herein. Nor is any special significance to be placed upon whether or not a term is elaborated or discussed herein. Synonyms for certain terms are provided. A recital of one or more synonyms does not exclude the use of other synonyms. The use of examples anywhere in this specification including examples of any terms discussed herein is illustrative only, and is not intended to further limit the scope and meaning of

US 10,702,448 B2

7

the disclosure or of any exemplified term. Likewise, the disclosure is not limited to various embodiments given in this specification.

Without intent to further limit the scope of the disclosure, examples of instruments, apparatus, methods and their related results according to the embodiments of the present disclosure are given below. Note that titles or subtitles may be used in the examples for convenience of a reader, which in no way should limit the scope of the disclosure. Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure pertains. In the case of conflict, the present document, including definitions, will control.

It will be appreciated that terms such as "front," "back," "top," "bottom," "side," "short," "long," "up," "down," and "below" used herein are merely for ease of description and refer to the orientation of the components as shown in the figures. It should be understood that any orientation of the components described herein is within the scope of the present invention.

While many embodiments are described herein, at least some of the described embodiments provide an apparatus, system, and method for a reciprocating treatment device.

FIGS. **1-12** show embodiments of a reciprocating treatment device **100**. FIGS. **1-4** show the device in schematic form and FIGS. **7-12** show the device **100** in more detail.

FIG. **1** depicts a cutaway side view of one embodiment of a reciprocating treatment device **100**. Reference is also made to FIGS. **7-8**. The reciprocating treatment device **100** includes a housing **101**, a power input **102**, a switch **104**, a motor **106**, and an actuated output **108**. The reciprocating treatment device **100**, in some embodiments, generates motion at the actuated output **108** for treating a patient.

The housing **101**, in one embodiment, is a structure allowing for connection of one or more other components of the reciprocating treatment device **100**. The housing **101** may completely or substantially enclose one or more other components. For example, the housing **101** may be a formed structure with attachment points for other components that substantially encloses one or more of those components when assembled. In another embodiment, the housing **101** may allow other components to be exposed. For example, the housing **101** may be an open frame. In some embodiments, the housing **101** encloses one or more components of the reciprocating treatment device **101** and leaves one or more other components of the reciprocating treatment device **101** exposed.

As shown in FIGS. **1**, **6** and **7**, the housing **101** includes a handle **120**. The handle **120** defines a handle axis **122** that runs substantially along the longest dimension of the handle **120**. In some embodiments, the handle **120** is straight or substantially straight along its longest dimension, and the handle axis **122** runs through the center or substantially through the center of the handle **120**. In another embodiment, the handle **120** is curved along its longest dimension, and the handle axis **122** is tangent to the curvature of the handle **120** at the midpoint of the handle **120**. In a preferred embodiment, the handle **120** has a top surface **120a** that is shaped that it can be ergonomically gripped by a persons palm. This provides comfort for a user when operating the device. See, for example, U.S. Pat. No. 6,105,891, the entirety of which is incorporated herein by reference, which teaches a fishing reel knob that includes a similar shape that conforms to the user's palm. As shown in FIG. **7**, the housing **101** includes the handle **120**, a rear portion **121**, and a lower portion **123** that includes an upwardly angled neck

8

**125**, that extends toward the bulge portion **150**. The handle **120**, rear portion **121**, and lower portion **123** (including the neck **125**) define a central opening **127**

The power input **102**, in some embodiments, is configured to receive a power input from a power source **114**. The power source **114** may be any type of power source capable of supplying power to the motor **106**. In one embodiment, the power input **102** receives an electrical input from the power source **114**. For example, the power source **114** may be a battery that provides electrical current. In one embodiment, the battery is a rechargeable battery. In some embodiments, the battery is attachable to the reciprocating treatment device **100** such that the reciprocating treatment device **100** including the power source **114** is portable and cordless. In an alternative embodiment, the reciprocating treatment device **100** uses an external battery pack as a power source **114**.

The battery may be any type of battery known in the art. For example, the battery may include a rechargeable lithium-ion (LiIon) based battery. In another example, the battery may include a rechargeable nickel metal hydride (NiMH) battery. In yet another example, the battery may include a rechargeable lithium-polymer (LiPo) battery. In some embodiments, the battery includes a nickel-cadmium (NiCad) battery. In one embodiment, the battery uses a non-rechargeable battery.

In an alternative embodiment, the power input **102** includes a cord to receive power from an electrical grid. For example, the reciprocating treatment device **100** may include a cord with a plug configured to interface with a wall socket to provide power.

In another alternative embodiment, the power input **102** is non-electrical. For example, the power input **102** may receive pressurized air from a pressure vessel or a network of pressurized air. In another embodiment, the power input **102** may include one or more reactive materials to provide energy for operation of the reciprocating treatment device **100**.

The switch **104**, in some embodiments, controls delivery of power to the motor **106**. The switch **104** may be an electrical switch configured to allow passage of electric current when activated. In some embodiments, the switch **104** is a binary on/off switch. In another embodiment, the switch **104** is a variable switch. A variable switch controls the amount of power delivered to the motor **106**. A relatively high amount of power delivered to the motor **106** by the variable switch **104** results in an increased speed of the motor **106**. Are relatively low amount of power delivered to the motor **106** by the variable switch **104** results in a decreased speed of the motor **106**. In one embodiment, the variable switch **104** includes a variable resistor that allows a progressively increased amount of power to flow to the motor **106** in response to a progressively increasing activation of that switch **104**.

In some embodiments, the switch **104** may remain in an activated position in response to a user releasing the switch **104**. In an alternate embodiment, the switch **104** may return to a deactivated position in response to a user releasing the switch **104**. For example, the switch **104** may include a biasing member such as a spring configured to push the switch **104** to the deactivated position in response to the switch **104** being released.

In certain embodiments, the switch **104** includes multiple positions. For example, the switch **104** may include an off position, a first activated position, and a second activated position. The switch **104** may include one or more positions in which without additional user input, the switch **104**

US 10,702,448 B2

9                                                                10

remains in that position, and one or more positions in which without additional user input, the switch **104** is biased to exit that position.

For example, the switch **104** may have an "off" position, an "on" position, and a "turbo" position. The "on" and "turbo" positions may activate reciprocation at different rates, such as 2300 cycles per minute in the "on" position and 2800 cycles per minute in the "turbo" position. Upon being set to the "on" position, the switch **104** may remain in the "on" position without requiring the user to maintain contact with the switch **104**. Upon being set to the "turbo" position, the switch **104** may be biased to return to the "on" position unless the user maintains a force on the switch **104** that opposes a return to the "on" position.

The motor **106**, in one embodiment, converts power from the power source **102** into motion. In some embodiments, the motor **106** is an electric motor. The electric motor may be any type of electric motor known in the art, including, but not limited to, a brushed motor, a brushless motor, a direct current (DC) motor, an alternating current (AC) motor, a mechanical-commutator motor, an electronic commutator motor, or an externally commutated motor.

In some embodiments, the motor **106** operates at a speed that can be varied by different levels of activation of the switch **104**. For example, the motor **106** may operate at a maximum rate in response to a maximum activation of the switch **104**. The motor **106** may operate at a lower rate in response to a less than maximum activation of the switch **104**.

The motor **106** may produce rotary motion. The rotary motion delivered by the motor **106** may be delivered through a shaft **116**. The shaft **116** may rotate around a shaft axis **126**. In some embodiments, the reciprocating treatment device **100** may include a linkage to convert the rotary motion of the motor **106** into reciprocating motion. An embodiment of a linkage is shown in greater detail in relation to FIGS. **3A**, **3B** and **8-10** below.

In an alternative embodiment, the motor **106** may produce reciprocating motion. For example, the motor **106** may include a reciprocating pneumatic cylinder that reciprocates in response to an input of compressed air.

The actuated output **108**, in some embodiments, reciprocates in response to an input from the motor **106**. For example, the motor **106** may produce rotary motion. A gearbox may be connected to the motor **106** to convert the rotary motion to reciprocating motion. The gearbox may be connected to the actuated output **108**. An embodiment of the gearbox is shown in greater detail in relation to FIGS. **4** and **8-10** below.

In some embodiments, the actuated output **108** reciprocates at a rate of approximately 65 Hz. The actuated output **108**, in some embodiments, reciprocates at a rate over 50 Hz. The reciprocating treatment device **100**, in some embodiments, provides reciprocation at a rate ranging between 50 Hz and 80 Hz. In some embodiments, the actuated output **108** has a maximum articulation rate of between 50 Hz and 80 Hz. In another embodiment, the actuated output **108** has an articulation rate of between 30 Hz and 80 Hz. In certain embodiments, the actuated output **108** has an articulation rate of approximately 37 Hz. In one embodiment, the actuated output **108** has an articulation rate of approximately 60 Hz. In a preferred embodiment, the actuated output **108** articulates or reciprocates at a frequency of between about 15 Hz and about 100 Hz. In a more preferred embodiment, the actuated output **108** articulates or reciprocates at a frequency of between about 25 Hz and about 48 Hz. In the most preferred embodiment, the actuated output **108** articu-

lates or reciprocates at a frequency of between about 33 Hz and about 42 Hz. Any chosen range within the specified ranges is within the scope of the present invention.

The actuated output **108** may move through a predetermined range of reciprocation. For example, the actuated output **108** may be configured to have an amplitude of one half inch. In another embodiment, the actuated output **108** may be configured to have an amplitude of one quarter inch. As will be appreciated by one skilled in the art, the actuated output **108** may be configured to have any amplitude deemed therapeutically beneficial.

In some embodiments, the actuated output **108** may be adjustable through a variable range of reciprocation. For example, the reciprocating treatment device **100** may include an input to adjust the reciprocation amplitude from one quarter of an inch through a range of up to one inch. In a preferred embodiment, the actuated output **108** moves through an amplitude of between about 0.15 inches and about 1.0 inches. In a more preferred embodiment, the actuated output **108** articulates or reciprocates at a frequency of between about 0.23 inches and about 0.70 inches. In the most preferred embodiment, the actuated output **108** articulates or reciprocates at a frequency of between about 0.35 inches and about 0.65 inches. Any chosen range within the specified ranges is within the scope of the present invention.

It will be appreciated that the device operates most effectively within the combined frequency and amplitude ranges. When developing the invention, the inventor determined that if the frequency and amplitude are above the ranges set forth above the device can cause pain and below the ranges the device is ineffective and does not provide effective therapeutic relief or massage. Only when the device operates within the disclosed combination of frequency and amplitude ranges does it provide efficient and therapeutically beneficial treatment to the muscles targeted by the device.

In certain embodiments, the reciprocating treatment device **100** includes one or more components to regulate the articulation rate of the actuated output **108** in response to varying levels of power provided at the power input **102**. For example, the reciprocating treatment device **100** may include a voltage regulator (not shown) to provide a substantially constant voltage to the motor **106** over a range of input voltages. In another embodiment, the current provided to the motor **106** may be regulated. In some embodiments, operation of the reciprocating treatment device **100** may be restricted in response to an input voltage being below a preset value.

In some embodiments, the actuated output **108** includes a connector **110** for connection of an attachment. In some embodiments, the actuated output **108** includes a securing mechanism **112** for securing an attachment in the connection socket **110**. The connector **110** may be any type of structure capable of retaining an attachment, such as a socket with a latch, a threaded connector, or the like.

For example, the securing mechanism **112** may include a biased structure, such as a spring, to bias the securing mechanism **112** toward a locked position. In the locked position, the securing mechanism **112** may restrict removal of an attachment. The biased structure may be articulated by a user to move the securing mechanism **112** toward an unlocked position. In the unlocked position, the securing mechanism **112** may allow removal of an attachment.

In some embodiments, the securing mechanism **112** includes a keyway to interact with a key on an attachment. The keyway may be selectively opened and closed by

US 10,702,448 B2

11

articulation of the securing mechanism 112. Removal of an attachment may be restricted in response to the keyway being closed.

As shown in FIG. 9, in another embodiment, the connector 110 can be a male connector and can include at least one (and preferably two) outwardly biased ball bearings 110a that mate with the treatment structure 204.

In certain embodiments, the actuated output 108 reciprocates along a linear or substantially linear path. The path traveled by the actuated output 108 defines a reciprocation axis 124. In certain embodiments, the reciprocation axis 124 runs through the geometric center of one or more components of the actuated output 108.

The actuated output 108, in some embodiments, includes a safety extension 128 between a portion of the housing 101 and a protruding portion, such as the connection mechanism 112. The safety extension 128 provides a region of the actuated output 108 with a substantially constant cross-sectional profile. The safety extension 128 reduces the risk of pinching a body part, such as a finger, as the actuated output 108 actuates. The safety extension 128 may be defined as the region of the actuated output 108 between any non-reciprocating component, such as the housing 101, and any component of the actuated output 108 that has a relatively large or extending cross section, such as the connection mechanism. In one embodiment, the length of the safety extension 128 along the reciprocation axis 124, when measured when the actuated output 108 is fully retracted, is larger than the width of any of an average user's fingers. In some embodiments, the length of the safety extension 128 along the reciprocation axis 124, when measured when the actuated output 108 is fully retracted, is at least 18 millimeters.

In some embodiments, the motor 106 is connected to the housing 101 such that the shaft rotation axis 126 is parallel to a plane defined by the handle axis 122 and the reciprocation axis 124. In one embodiment, the motor 106 is connected to the housing 101 such that the shaft rotation axis 126 is coplanar with a plane defined by the handle axis 122 and the reciprocation axis 124.

FIG. 2 depicts a side view of one embodiment of the reciprocating treatment device 100 of FIG. 1. The reciprocating treatment device 100 includes an attachment 202, a treatment structure 204, and a rest surface 206. The reciprocating treatment device 100, in one embodiment, generates reciprocating motion at the treatment structure 204 for treating a patient.

The attachment 202 may be an interchangeable, user selectable component that is connectable to the actuated output 108. The attachment 202 may include a treatment structure 204 designed to interact with a patient.

The rest surface 206 is a surface disposed on the housing 101. The rest surface 206 is configured such that when the reciprocating treatment device 100 has the rest surface 206 placed on a flat, horizontal surface, the reciprocating treatment device 100 is capable of resting in that position without application of an external force. In other words, when resting as described above, a line drawn downward from a center of gravity of the reciprocating treatment device 100 passes through the rest surface 206. As used in this paragraph, "downward" refers to a direction in which gravity applies a force to objects having mass.

FIGS. 3A, 3B and 8-11E depict views of embodiments of the actuation components 300 for the reciprocating treatment device 100. The actuation components 300 generally include the motor 106, a compliant shaft damper 302, a shaft 116 with a shaft gear 117 thereon, a gear member 304, an

12

eccentric interface 306, a reciprocator interface 308, a reciprocator shaft 310, and an actuated output 108. The motor 106, the shaft 116, and the actuated output 108 are similar to like-numbered components described above in relation to FIG. 1. The actuation components 300 create motion that is delivered at the actuated output 108.

In one embodiment, rotary motion is delivered from the motor 106 via the shaft 116 and gear 107. In certain embodiments, the motor 106 is connected to other components of the actuation components 300 by a compliant shaft damper 302. The compliant shaft damper 302 comprises a compliant material configured to absorb vibration generated by the actuation components 300. The compliant shaft damper 302 may transmit rotary motion generated by the motor 106 while deforming under vibration loads, thus absorbing or partially absorbing and reducing vibration in the reciprocating treatment device 100.

The compliant shaft damper 302 may include any material capable of absorbing vibration. In some embodiments, the compliant shaft damper 302 includes a polymer. For example, the compliant shaft damper 302 may include a flexible polymer. In one example, the compliant shaft damper 302 includes polyurethane foam, thermoplastic elastomer ("TPE"), including but not limited to Styrenic block copolymers (TPE-s), Polyolefin blends (TPE-o), Elastomeric alloys (TPE-v or TPV), Thermoplastic polyurethanes (TPU), Thermoplastic copolyester, or Thermoplastic polyamide. In another example, the compliant shaft damper 302 may include polyvinyl chloride (PVC), low durometer PVC, or a urethane.

The gear member 304, in one embodiment, receives rotary motion generated by the motor 106. In some embodiments, the gear member 304 rotates in response to rotation of the motor 106. In one embodiment, the gear member 304 rotates around a rotation axis 316 that is perpendicular to a shaft rotation axis 126. For example, the gear member 304 may be part of a bevel gear, a spiral bevel gear, or a hypoid gear. Such gears may have the effect of rotating an axis of rotation by 90 degrees.

In some embodiments, the gear member 304 includes an eccentric interface 306. The eccentric interface 306 is disposed on a surface of the gear member 304 such that it or its center is at a location not on the gear rotation axis 316. In other words, if the gear member 304 is round, the eccentric interface 306 is not disposed at the center of the gear member 304.

In response to rotation of the gear member 304 and subsequent motion of the eccentric interface 306, the reciprocator interface 308 restricts linear motion of the eccentric interface 306 relative to the reciprocator interface 308 to a direction perpendicular to both the reciprocation axis 124 and the gear rotation axis 316. In other words, the eccentric interface 306 is free to slide side-to-side within the reciprocator interface 308 as the gear member 304 rotates. Note that in addition to sliding relative to the reciprocator interface 308, the eccentric interface 306 may rotate.

As shown in FIG. 9, in a preferred embodiment, the eccentric interface 306 includes a pin 22 and sleeve 24. The pin 22 is received in an off-center opening 26 defined in or through the gear member 304. The sleeve 24 is received in an elongated opening 4 that is defined in an end or head 36 of the reciprocator shaft 310.

The eccentric interface 306, in one embodiment, interfaces with a reciprocator interface or containment member 308. The containment member 308 contains the head 36 of the reciprocator shaft 310 and defines a reciprocation space 38 in which the head 36 of the reciprocator shaft 310 and the

US 10,702,448 B2

13

eccentric interface components **306** can reciprocate. The containment member **308** includes legs **40** that each include an interior surface that defines a step **42** therein. The larger dimension between the legs defines a space for the head **36** to reciprocate and the smaller dimension between the legs defines a space for the sleeve to reciprocate. In a preferred embodiment, the reciprocator shaft **310** is L-shaped or includes an arm portion so that it connects to the actuated output or shaft **108** along the reciprocation axis.

In some embodiments, the effect of the interaction between the eccentric interface **306** and the reciprocator interface **308** is to convert rotary motion at the gear member **304** to reciprocating, linear motion at the reciprocator shaft **310**. The reciprocator shaft **310** transmits reciprocating, linear motion to the actuated output **108**.

As shown in FIGS. **3**B and **9**, in one embodiment, the gear member **304** includes a counterweight **312**. The counterweight **312** is configured to oppose inertial forces generated by the reciprocating motion of the actuated output **108**. The counterweight **312** may be positioned on the gear member **304** such that its center of mass **314** is not located along the gear rotation axis **316**. In certain embodiments, a first direction from the gear rotation axis **316** to the center of mass **314** of the counterweight **312** may be the opposite direction from a second direction from the gear rotation axis **316** to the center of the eccentric interface **306**. Preferably, the counterweight **312** is located on one side of the gear member **304** and the gear teeth are located on the opposite side. In another embodiment, the gear and counterweight can be separate parts.

In some embodiments, as the reciprocating treatment device **100** operates, the counterweight **312** applies at least a component of force in the opposite direction to a reaction force applied to the eccentric interface **306** by the reciprocator interface **308**. In other words, the counterweight **312** may serve to counteract an inertial force generated by reciprocating components and reduce vibration caused by reciprocal motion of the actuated output **108**.

In some embodiments, the counterweight **312** may be sized to match reciprocating components of the reciprocating treatment device **100**. For example, the counterweight **312** may have a mass similar to reciprocating components, including, for example, the reciprocator shaft **310**, the actuated output **108**, and an attachment **202**. In another embodiment, the counterweight has a mass between 45 grams and 55 grams.

FIG. **11**A shows the reciprocator shaft **310** in the extended position and FIG. **11**C shows the reciprocator shaft **310** in the retracted position. FIGS. **11**B and **11**D show the reciprocator shaft in between the retracted and extended positions. Note how the pin **22** and sleeve **24** (eccentric interface) move within elongated opening **34** and the containment member **308** keeps the head **36** of the reciprocator shaft **310** moving linearly. FIG. **11**E shows the reciprocator shaft **310** in the extended position, but after the rotation assembly **47** has been rotated, as discussed below.

As shown in FIGS. **8**-**10**, the actuation components **300** include a guide member **30** that includes a central opening through which the reciprocator shaft **310** extends. The guide member **30** is housed in the rotation housing **44** and remains stationary as the reciprocator shaft moves therein. In a preferred embodiment, the actuation components **300** also include a pin or axle **16** on which the gear member **304** rotates a bearing **14** and a dampening ring **28** for damping the connection between the housing and the metal components.

14

FIGS. **4** and **8**-**11**E depict embodiments of actuation components **300** of the reciprocating treatment device **100**. The actuation components include the motor **106**, the gear member **304**, the reciprocator shaft **310**, one or more compliant dampening blocks **402** and, a gearbox **404**. The actuation components **300** provide reciprocating motion through the reciprocator shaft **310** and manage vibration transmitted to the housing **101**.

The one or more compliant dampening blocks **402** manage vibration conducted from the actuation components **300** to the housing **101**. The one or more compliant dampening blocks **402** may be disposed between the actuation components **300** and the housing **101**.

The one or more compliant dampening blocks **402** may include any material capable of absorbing vibration. In some embodiments, the one or more compliant dampening blocks **402** include a polymer. For example, the one or more compliant dampening blocks **402** may include a flexible polymer. In one example, the one or more compliant dampening blocks **402** include polyurethane foam, thermoplastic elastomer ("TPE"), including but not limited to Styrenic block copolymers (TPE-s), Polyolefin blends (TPE-o), Elastomeric alloys (TPE-v or TPV), Thermoplastic polyurethanes (TPU), Thermoplastic copolyester, or Thermoplastic polyamide. In another example, the one or more compliant dampening blocks **402** may include polyvinyl chloride (PVC), low durometer PVC, or a urethane.

The gearbox **404**, in one embodiment, includes the gear member **304** and the reciprocator **310**. The gearbox **404** may provide mounting points for the gear member **304** and the reciprocator **310**. The gearbox **404** may restrict the motion of the gear member **304** and the reciprocator to certain directions or rotational axes. The gearbox **404** may be mounted to the housing **101**. In some embodiments, the gearbox **404** is separated from the housing **101** by the one or more compliant dampening blocks **402**.

As is shown in FIGS. **11**C and **12**, in some embodiments, the actuated output **108** and associated components are rotatable relative to the housing **101**. The actuated output **108** may rotate relative to the housing **101** around an output rotation axis. In certain embodiments, the output rotation axis is parallel to the gear rotation axis **316**. In one embodiment, the output rotation axis is concomitant with the gear rotation axis **316**. For example, the actuated output **108**, the reciprocator **310**, and the reciprocator interface **308** may be selectively rotatable around the gear rotation axis **316**.

In one embodiment, rotation of the actuated output **108** may be selectively locked and unlocked by a user. For example, the user may unlock rotation of the actuated output **108** to a desired position relative to the housing **101**, lock rotation of the actuated output **108**, and operate the reciprocating treatment device **100**.

As shown in FIG. **12** in a preferred embodiment, the rotation assembly **47** includes the rotation housing **44** (which includes first and second rotation housing halves **44**a and **44**b), an articulation lock or a button **46** having teeth **48** thereon and a spring **18** that contacts seating surface **43**. The gear member **304**, reciprocator shaft **310**, axle **16**, a portion of the gear box **404**, and bearing **14** are all housed in the rotation housing **44**. The assembly also includes a gear box cover **56** and dampening ring **52**. Button **46** is outwardly biased by spring **18** to a position where teeth **48** are engaged with teeth **50** defined in housing **101**. The button **46** is movable between a first position where teeth **48** are engaged with teeth **50** and a second position where teeth **48** are engaged with teeth **54** in the second rotation housing half

15

44*b*. When the button 46 is in the first position, the rotation assembly 47 cannot rotate. When the button is pushed to the second position, the teeth 48 disengage from teeth 50 and engage the teeth 54 in the rotation housing 44, thereby allowing the entire rotation assembly 47 to rotate. The rotation housing 44 includes a main body portion 62 disposed in the housing and an arm portion 64 extending through the rotation space 60 and outside the housing. The arm portion 64 rotates within the rotation space 60 defined in the housing 101. It will be appreciated, that when rotation occurs, gear member 304 and gear box 404 do not rotate (compare FIGS. 11A-11D to FIG. 11E), but the containment member 308 together with the actuated output 108 do rotate. As shown in FIGS. 8, 9 and 12, the housing 101 includes a bulge portion 150 having a first bulge portion surface 150*a* positioned on a first side of a plane that bifurcates the housing 101 (referred to herein as the "housing plane") and a second bulge portion surface 150*b* positioned on a second side of the housing plane. The handle 120 includes a first handle side surface 120*b* positioned on the first side of the housing plane and a second handle side surface 120*c* positioned on the second side of the housing plane. The first bulge portion surface 150*a* is located further from the housing plane than the first handle side surface 120*b* and the second bulge portion surface 150*b* is located further from the housing plane than the second handle side surface 120*c*.

FIG. 5 depicts a flowchart diagram showing one embodiment of a method of manufacture of the reciprocating treatment device of FIG. 1.

FIGS. 5 and 6 are flowchart diagrams depicting embodiments of a method 500 for manufacturing the reciprocating treatment device 100 of FIG. 1 and a method 600 of use of the reciprocating treatment device 100 of FIG. 1. The methods 500, 600 are, in certain embodiments, methods of use of the system and apparatus described herein, and will be discussed with reference to those figures. Nevertheless, the methods 500, 600 may also be conducted independently thereof and are not intended to be limited specifically to the specific embodiments discussed above with respect to those figures.

As shown in FIG. 5, a method of manufacture 500 for a reciprocating treatment device 100 is shown. In one embodiment of the method of manufacture 500, a housing 101 is provided 502. The housing 101 may include a handle 120 and the handle 120 may define a handle axis 122. A motor 106 is connected 504 to the housing 101. The motor 106 may provide rotary motion.

In some embodiments, an actuated output 108 is operably connected 506 to the motor 106. The actuated output 108 may reciprocate in response to activation of the motor 106. Reciprocation of the actuated output 108 may be along a reciprocation axis 124.

In some embodiments, the motor 106 includes a shaft 116. The shaft 116 may rotate around a shaft rotation axis 126. The shaft rotation axis 126 may be parallel to a plane in which the handle axis 122 and the reciprocation axis 124 are located.

As shown in FIG. 6, a method of use 600 for a reciprocating treatment device 100 is shown. In one embodiment of the method of use 600, a force is applied 602 to a body part by an actuated output 108 of the reciprocal treatment device 100. The reciprocal treatment device 100 may include a housing 101. The housing 101 may include a handle 120 disposed on the housing 101. The handle 120 may define a handle axis 122.

The reciprocal treatment device 100 may also include a motor 106 connected to the housing 101. An actuated output

16

108 may be operably connected to the motor 106. The actuated output 108 may be configured to reciprocate in response to activation of the motor 106. Reciprocation of the actuated output 108 may be along a reciprocation axis 124.

The motor 106 may include a shaft 116 having a shaft rotation axis 126. The shaft rotation axis 126 may be parallel to a plane in which the handle axis 122 and the reciprocation axis 124 are located.

FIGS. 14-27 show further embodiments of the present invention. Many of the components of the reciprocal treatment devices or percussive massage devices of FIGS. 14-27 are the same or similar as those discussed above with respect to reciprocal treatment device 100. Accordingly, the description hereinafter focuses on components that are different.

FIGS. 14-23 show an embodiment of a percussive massage device 212 that includes a rechargeable battery (and replaceable or removable battery) 114. Device 212 is referred to commercially as the G3PRO. As shown in FIGS. 14-15, in a preferred embodiment, the percussive massage device 212 includes three handle portions (referred to herein as first handle portion 143, second handle portion 145 and third handle portion 147) that cooperate to define a central or handle opening 149. All of the handle portions are long enough that they are configured such that a person can grasp that particular handle portion to utilize the device. The ability to grasp the different handle portions allows a person (when using the device on their own body) to use the device on different body parts and from different angles, thus providing the ability to reach body parts, such as the back, that might not be possible without the three handle portions.

As shown in FIG. 14, the first handle portion 143 defines a first handle portion axis A1, the second handle portion 145 defines a second handle portion axis A2 and the third handle portion 147 defines a second handle portion axis A3 that cooperate to form a triangle. In a preferred embodiment, the battery 114 is housed in the second handle portion 145 and the motor 106 is housed in the third handle portion 147.

FIGS. 16-18 show a user's hand grasping the various handle portions. The length of each of the first, second and third handle portions is long enough so that a person with a large hand can comfortably grasp each handle portion with at least three to four fingers extending through the handle opening, as shown in FIGS. 16-18. In a preferred embodiment, the first handle portion 143 has an interior edge 143*a*, the second handle portion 145 has an interior edge 145*a* and the third handle portion 147 has an interior edge 147*a*, which all cooperate to at least partially define the handle opening 149. As shown in FIG. 14, in a preferred embodiment, the first handle portion 143 includes a finger protrusion 151 that includes a finger surface 151*a* that extends between the interior edge 143*a* of the first handle portion and the interior edge 147*a* of the third handle portion 147 and at least partially defines the handle opening 149. As shown in FIG. 16, in use, a user can place their index finger against the finger surface 151*a*. The finger protrusion and surface provide a feedback point or support surface such that when a user places their index finger against the surface it helps the user with control and comfort of using the device. In a preferred embodiment, at least a portion of the finger surface 151*a* is straight, as shown in FIG. 14 (as opposed to the other "corners" of the handle opening 149 being rounded.

FIG. 14A shows the preferred dimensions of the interior surfaces of the handle opening 149. It will be appreciated that the interior surfaces comprise a series of flat and curved surfaces. H1 is the dimension of the interior edge 143*a* of the first handle portion 143 (the first handle portion length). H2 is the dimension of the interior edge 145*a* of the second

US 10,702,448 B2

17

handle portion **145** *f* (the second handle portion length). H**3** is the dimension of the interior edge **147***a* of the third handle portion **147** (the third handle portion length). H**4** is the dimension of the finger surface **151***a* (the finger protrusion length). R**1** is the dimension of the radius between interior edges **143***a* and **145***a* and R**2** is the dimension of the radius between interior edges **145***a* and **147***a*. In a preferred embodiment, H**1** is about 94 mm, H**2** is about 66 mm, H**3** is about 96 mm, H**4** is about 12 mm, R**1** is about 6.5 mm and R**2** is about 6.5 mm, which provides an arc length of about 10.2 mm. In the context herein, "about" is within 5 mm. In a preferred embodiment, the length of the interior edge of the handle opening is about 289 mm. The length of the interior edge of the handle opening can be between about 260 mm and about 320 mm, with any combination of H**1**, H**2**, H**3**, H**4**, R**1** and R**2**. It will be appreciated that these dimensions are optimized so that a 95th percentile male can grip any of the three handle portions with at least three and preferably four fingers extending through the handle opening to utilize the device. It will be appreciated that any or all of surfaces R**1** and R**2** can be considered a part of any of the three adjacent handle portions. As shown in FIGS. **14** and **14**A, with the finger surface **151***a* being straight, the first handle portion interior surface, second handle portion interior surface, third handle portion interior surface and finger surface cooperate to define a quadrilateral with radii or rounded edges between each of the straight surfaces.

Device **212** also includes multiple speed settings (preferably 1500 and 2400 RPM, but can be any speed or frequency taught herein). Furthermore, those of ordinary skill in the art will appreciate that although the RPM is listed as a specific number that, due to manufacturing tolerances, the RPM may oscillate during use. For example, at the 2400 RPM setting the RPM may actually oscillate between 2260 and 2640.

FIGS. **19-23** show some of the interior and exterior components that are included in the treatment devices **212** (**208** and **210**) shown in FIGS. **14-18** and **24-27**. As shown in FIG. **19**, the percussive massage device **212** includes a housing **101** that is comprised of first and second housing halves **103**. Outer covers **213** and top cover **215** are received on and connected to the first and second housing halves **103**, via tabs **105** or other mechanism or attachment method (e.g., threaded fasteners, clips, adhesive, sonic welding, etc.). The percussive massage device **212** also includes a tambour door **217**, battery **114**, inner suspension rings **219** and rotation housing **44** (with first and second rotation housing halves **44***a* and **44***b*) that houses the gearbox **404**.

As shown in FIG. **20**, the device includes a pinion coupling assembly **216** (similar to the compliant shaft damper **302** described above) that is disposed between the motor and the pinion shaft or shaft gear **117** (located on the shaft or pinion shaft **116**). The pinion coupling assembly **216** is used to couple the motor to the gearbox so that the torque is fully transmitted, such that there is no radial movement and the vibrations and noise are minimized. The pinion coupling assembly **216** preferably includes three separate components, a lower connector **218**, a cross coupling **220** and an upper connector **222**. In a preferred embodiment, the lower connector **218** includes a main body portion **218***a* that defines a central opening **218***b* that receives the motor shaft **248** and first and second lower connector arms **218***c* extending outwardly from the main body portion **218***a*. The upper connector **222** includes a main body portion **222***a* that defines a central opening **222***b* that receives the pinion shaft **117** and first and second upper connector arms **222***c* extending outwardly from the main body portion **222***a*. Preferably, the cross coupling **220** includes radially extending ribs **220***a*

18

that define channels **220***b* therebetween. The first and second lower connector arms **218***c* and the first and second upper connector arms **222***c* are sized and shaped to be received in the channels **220***b* to operatively engage the radially extending ribs. In use, the motor shaft **248** rotates the pinion coupling assembly, which rotates the pinion shaft **117**. These components work together to reduce noise and vibration. In a preferred embodiment, the lower and upper connectors are made of plastic and the cross coupling is made of an elastomer. In a preferred embodiment, the cross coupling **220** is made of rubber that includes a hardness where vibrations generated by the motor are isolated while keeping the strength and transmitting the torque efficiently (without significant energy dissipation). However, the materials are not a limitation on the present invention.

In a preferred embodiment, the pinion shaft **116** is received in and extends through bearings **224** and **225**. Preferably, bearing **224** includes ball bearings (and provides radial support) and bearing **225** includes needle bearings (and provides radial support, but can withstand higher temperatures). The pinion coupling assembly **216** is housed in motor mount **250**, which is connected to the motor **106** and through which the motor shaft **248** extends. The motor mount **250** is connected to the gear box mount **252**, as shown in FIG. **22**.

As shown in FIGS. **20-22**, the gearbox **404**, in one embodiment, includes the gear member **304** and the reciprocator or push rod **230/310**. Preferably, the gear member **304** includes a shaft **246** extending therefrom to which the reciprocator **310** is connected. The gearbox **404** may provide mounting points for the gear member **304** and the reciprocator **310**. The gearbox **404** may restrict the motion of the gear member **304** and the reciprocator to certain directions or rotational axes. The gearbox **404** may be mounted to the housing **101**. In some embodiments, the gearbox **404** is separated from the housing **101** by the one or more compliant dampening blocks **402**.

As shown in FIGS. **19** and **21**, in a preferred embodiment, to prevent the gearbox from transmitting vibrations to the housing a rubber cover can be provided. Further inner suspension rings **219** isolate vibration of the gearbox from handle and the treatment structures. Preferably, the rings **219** are made of an elastomer and act as a cushion to dampen vibrations between the rotation housing and the housing **101**. In a preferred embodiment, the inner suspension rings **219** surround the outer radial surface of the main body portion **62** (see seat surface **523** in FIG. **21**).

In one embodiment, rotation of the actuated output or shaft **108** may be selectively locked and unlocked by a user. For example, the user may unlock rotation of the shaft **108**, rotate the actuated output **108** to a desired position relative to the housing **101**, lock rotation of the actuated output **108**, and operate the reciprocating treatment device **100**. FIG. **21** shows the components that allow rotation of the rotation housing **44** together with the push rod assembly **108** and related components. Button **515** includes radially extending teeth **515***a* and is biased outwardly by spring **519**, which surrounds and is seated on spacer **518** (which is preferably made of foam). Spring **519** is seated against dampening members **520** and **517**, which are preferably made of rubber to dampen any vibrations of the spring **519**. The assembly also includes a gear box cover **525** and dampening ring **521**. Button **515** is outwardly biased by spring **519** to a position where teeth **515***a* are engaged with teeth **516***a*, which are defined hoop **516**, which is connected to housing **101**. Preferably hoop **516** includes inner and outer plastic rings **516***b* and **516***c* that sandwich a rubber ring **516***d* therebe-

US 10,702,448 B2

19

tween to help dampen vibrations and reduce noise. The button **515** is movable between a first position where teeth **515***a* are engaged with teeth **516***a* and a second position where teeth **515** are not engaged with teeth **516***a*. When the button **515** is in the first position, the rotation assembly **47** cannot rotate. When the button is pushed to the second position, the teeth **515***a* disengage from teeth **516***a*, thereby allowing the entire rotation assembly **47** to rotate. The rotation housing **44** includes a main body portion **62** disposed in the housing and an arm portion **64** extending through the rotation space **60** and outside the housing. The arm portion **64** rotates within the rotation space **60** defined in the housing **101**. As shown in FIG. **15**, in a preferred embodiment, the device **212** includes a tambour door **217** that unfolds within the rotation space **60** as the rotation assembly is moved from the position shown in FIG. **14** to the position shown in FIG. **15**. The tambour door **217** covers slot **214**. As shown in FIG. **15**, an arm cover **524** covers the arm portion **64** of the rotation housing **44**.

As shown in FIG. **22**, the gearbox housing **404** includes a clearance slot **214** defined therein for the push rod assembly **108**. The slot **214** is provided so the push rod assembly **108** can move freely and allow the rotation housing **44** to articulate. The clearance slot **214** has first and second ends **214***a* and **214***b*. As shown in FIG. **22**, the push rod assembly **108** extends through the clearance slot **214**. it will be appreciated that when the rotation housing **44** is rotated from a first position to a second position the push rod assembly **108** moves within the clearance slot **214** from the first end to the second end thereof.

As shown in FIGS. **21-23**, in a preferred embodiment, the pushrod assembly or output shaft **108** includes two halves or rods with an adapter member **226** therebetween to also help reduce noise and vibration. The adapter member **226** isolates the vibrations generated in the gearbox and prevents them from being transmitted down the shaft to the treatment structure. The adapter member **226** can include anti-rotation tabs to protect the push rod from user applied torque during use. The first rod portion **230** of the output shaft **108** (push rod or reciprocator **310**) includes an opening **232** on an end thereof that receives a pivot pin **234**. The connection between the first rod portion **230** and the adapter member **226** includes a bushing **227** with the pin **234** and elastomeric material to dampen vibrations. The end of first rod portion **230** that includes opening **232** is received in a pocket **229** in adapter member **226**. The pin **234** extends through openings in the side walls of adapter member **226**, through bushing **227** and through opening **232**, to secure first rod portion **230** to adapter member **226**. Adapter member **226** includes a protrusion **231** extending therefrom that is received in an opening **233** in an end of the second rod portion **236**, to connect the adapter member **226** to the second rod portion **236**. In another embodiment, the end of the second rod portion **236** can be received in an opening in the adapter member **226**. In use, the size of the top opening of pocket **229** allows the first rod portion to move side to side as the opening **232** pivots on pin **234** and first rod portion **231** reciprocates. This translates to linear reciprocation of second rod portion **236**. Because the bushing **227** comprises at least some elastomeric material, vibrations are dampened (and noise reduced) as the push rod assembly **108** reciprocates.

Ring **526** is seated on and surrounds the bottom portion of the arm portion **64** (see seat **64***a* in FIG. **21**) to help hold the first and second housing halves **44***a* and **44***b* together. Washer or guide member **527** is received in the rotation housing **44** and provides stability and a path for the reciprocating push rod assembly or output shaft **108**.

20

As shown in FIG. **22**, in this embodiment, the first rod portion **230** or push rod assembly **108** extends through clearance slot **214**. It will be appreciated that the term pushrod assembly includes any of the embodiments described herein and can include a shaft with an adapter member allowing pivoting between two halves or can include a single shaft that does not include any pivoting.

As shown in FIGS. **22-23**, in a preferred embodiment, the male connector **110** includes an alignment tab **497** above each ball that mates with a slot in the female opening. These tabs **497** help with proper alignment with the treatment structure. See U.S. Patent App. No. 2019/0017528, the entirety of which is incorporated herein by reference.

FIGS. **24-29** show embodiments of percussive massage devices similar to percussive massage device **212** above, but without a rotation assembly. Device **208**, shown in FIGS. **24-27** is referred to commercially as the G3. Device **210**, shown in FIGS. **28-29** is referred to commercially as the LIV. As shown in FIG. **26**, in a preferred embodiment, switch **104** includes switch electronics **575** associated therewith. The switch electronics **575** may include a printed circuit board (PCB) and other components to allow the switch **104** to activate the motor **106** and to change the speed of the motor, turn the device on and off, among other tasks. As shown in FIG. **26**, in a preferred embodiment, the motor **106** is housed in the third handle portion **147**, the battery **114** is housed in the second handle portion **145** and the switch electronics **575** are housed in the first handle portion **143**. This configuration also applies to devices **210** and **212**. FIG. **27** shows cushion members **577** that surround the gearbox **404** and help dampen and reduce noise and vibration generated by the components in the gearbox. Cushion members **577** are similar to inner suspension rings **219** in device **212**. However, cushion members **577** are thicker and do not need to rotate due to the exclusion of the rotation housing in devices **208** and **210**. Cushion members **577** include cutouts or channels **579** therein to allow clearance of components such as the push rod assembly and pinion shaft.

Although the operations of the method(s) herein are shown and described in a particular order, the order of the operations of each method may be altered so that certain operations may be performed in an inverse order or so that certain operations may be performed, at least in part, concurrently with other operations. In another embodiment, instructions or sub-operations of distinct operations may be implemented in an intermittent and/or alternating manner.

Unless the context clearly requires otherwise, throughout the description and the claims, the words "comprise," "comprising," and the like are to be construed in an inclusive sense, as opposed to an exclusive or exhaustive sense; that is to say, in the sense of "including, but not limited to." As used herein, the terms "connected," "coupled," or any variant thereof, means any connection or coupling, either direct or indirect, between two or more elements; the coupling of connection between the elements can be physical, logical, or a combination thereof. Additionally, the words "herein," "above," "below," and words of similar import, when used in this application, shall refer to this application as a whole and not to any particular portions of this application. Where the context permits, words in the above Detailed Description of the Preferred Embodiments using the singular or plural number may also include the plural or singular number respectively. The word "or" in reference to a list of two or more items, covers all of the following interpretations of the word: any of the items in the list, all of the items in the list, and any combination of the items in the list.

US 10,702,448 B2

21

The above-detailed description of embodiments of the disclosure is not intended to be exhaustive or to limit the teachings to the precise form disclosed above. While specific embodiments of and examples for the disclosure are described above for illustrative purposes, various equivalent modifications are possible within the scope of the disclosure, as those skilled in the relevant art will recognize. For example, while processes or blocks are presented in a given order, alternative embodiments may perform routines having steps, or employ systems having blocks, in a different order, and some processes or blocks may be deleted, moved, added, subdivided, combined, and/or modified to provide alternative or subcombinations. Each of these processes or blocks may be implemented in a variety of different ways. Also, while processes or blocks are at times shown as being performed in series, these processes or blocks may instead be performed in parallel, or may be performed, at different times. Further any specific numbers noted herein are only examples: alternative implementations may employ differing values or ranges.

The above-detailed description of embodiments of the disclosure is not intended to be exhaustive or to limit the teachings to the precise form disclosed above. While specific embodiments of and examples for the disclosure are described above for illustrative purposes, various equivalent modifications are possible within the scope of the disclosure, as those skilled in the relevant art will recognize. Further, any specific numbers noted herein are only examples: alternative implementations may employ differing values, measurements or ranges. It will be appreciated that any dimensions given herein are only exemplary and that none of the dimensions or descriptions are limiting on the present invention.

The teachings of the disclosure provided herein can be applied to other systems, not necessarily the system described above. The elements and acts of the various embodiments described above can be combined to provide further embodiments.

Any patents and applications and other references noted above, including any that may be listed in accompanying filing papers, are incorporated herein by reference in their entirety. Aspects of the disclosure can be modified, if necessary, to employ the systems, functions, and concepts of the various references described above to provide yet further embodiments of the disclosure.

These and other changes can be made to the disclosure in light of the above Detailed Description of the Preferred Embodiments. While the above description describes certain embodiments of the disclosure, and describes the best mode contemplated, no matter how detailed the above appears in text, the teachings can be practiced in many ways. Details of the system may vary considerably in its implementation details, while still being encompassed by the subject matter disclosed herein. As noted above, particular terminology used when describing certain features or aspects of the disclosure should not be taken to imply that the terminology is being redefined herein to be restricted to any specific characteristics, features or aspects of the disclosure with which that terminology is associated. In general, the terms used in the following claims should not be construed to limit the disclosures to the specific embodiments disclosed in the specification unless the above Detailed Description of the Preferred Embodiments section explicitly defines such terms. Accordingly, the actual scope of the disclosure encompasses not only the disclosed embodiments, but also all equivalent ways of practicing or implementing the disclosure under the claims.

22

While certain aspects of the disclosure are presented below in certain claim forms, the inventors contemplate the various aspects of the disclosure in any number of claim forms. For example, while only one aspect of the disclosure is recited as a means-plus-function claim under 35 U.S.C. § 112, ¶6, other aspects may likewise be embodied as a means-plus-function claim, or in other forms, such as being embodied in a computer-readable medium. (Any claims intended to be treated under 35 U.S.C. § 112, ¶6 will begin with the words "means for"). Accordingly, the applicant reserves the right to add additional claims after filing the application to pursue such additional claim forms for other aspects of the disclosure.

Accordingly, although exemplary embodiments of the invention have been shown and described, it is to be understood that all the terms used herein are descriptive rather than limiting, and that many changes, modifications, and substitutions may be made by one having ordinary skill in the art without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method of using a percussive massage device, the method comprising the steps of:

obtaining the percussive massage device, wherein the percussive massage device includes a housing that includes first, second and third handle portions that cooperate to define a handle opening, an electrical source, a motor positioned in the housing, a switch for activating the motor, and a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor, wherein the first handle portion defines a first axis, the second handle portion defines a second axis and the third handle portion defines a third axis, and wherein the first, second and third axes cooperate to form a triangle, wherein the first handle portion is generally straight, wherein the second handle portion is generally straight, and wherein the third handle portion is generally straight,

activating the motor using the switch,

grasping the first handle portion,

massaging a first body part,

grasping the second handle portion and massaging the first body part, and

grasping the third handle portion and massaging the first body part.

**2**. The method of claim **1** wherein the first handle portion includes a first handle portion interior edge and defines a first handle portion length, wherein the first handle portion length is long enough that when a user grasps the first handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the first handle portion interior edge, wherein the second handle portion includes a second handle portion interior edge and defines a second handle portion length, wherein the second handle portion length is long enough that when a user grasps the second handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the second handle portion interior edge, wherein the third handle portion includes a third handle portion interior edge and defines a third handle portion length, wherein the third handle portion length is long enough that when a user grasps the third handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the third handle portion interior edge.

US 10,702,448 B2

**3**. The method of claim **1** further comprising the steps of:
grasping the second handle portion,
massaging a second body part,
grasping the third handle portion, and
massaging a third body part.

**4**. The method of claim **1** wherein the electrical source is a battery, wherein the switch includes switch electronics associated therewith, and wherein the motor is housed in the third handle portion, the battery is housed in the second handle portion and the switch electronics are housed in the first handle portion.

**5**. The method of claim **1** wherein the step of grasping the first handle portion includes grasping the first handle portion using a first hand, wherein the step of grasping the second handle portion includes reorienting the percussive massage device, grasping the second handle portion using the first hand and massaging the first body part or a second body part, and wherein the step of grasping the third handle portion includes reorienting the percussive massage device, grasping the third handle portion using the first hand and massaging the first body part, a second body part or a third body part.

**6**. A percussive massage device comprising:
a housing, wherein the housing includes first, second and third handle portions that cooperate to define a handle opening, wherein the first handle portion defines a first axis, the second handle portion defines a second axis and the third handle portion defines a third axis, wherein the first, second and third axes cooperate to form a triangle, wherein the first handle portion is generally straight, wherein the second handle portion is generally straight, and wherein the third handle portion is generally straight, such that a user can grasp any of the first, second or third handle portions independently to use the percussive massage device,
an electrical source,
a motor positioned in the housing,
a switch for activating the motor, and
a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor.

**7**. The percussive massage device of claim **6** wherein the first handle portion includes a first handle portion interior edge and defines a first handle portion length, wherein the first handle portion length is long enough that when a user grasps the first handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the first handle portion interior edge, wherein the second handle portion includes a second handle portion interior edge and defines a second handle portion length, wherein the second handle portion length is long enough that when a user grasps the second handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the second handle portion interior edge, wherein the third handle portion includes a third handle portion interior edge and defines a third handle portion length, wherein the third handle portion length is long enough that when a user grasps the third handle portion with a hand at least a portion of three fingers extend through the handle opening and contact the third handle portion interior edge.

**8**. The percussive massage device of claim **6** wherein the switch includes switch electronics associated therewith, wherein the electrical source is a battery that is housed in the second handle portion and the switch electronics are housed in the first handle portion.

**9**. The percussive massage device of claim **6** wherein the motor is configured to rotate a pinion shaft having a pinion gear thereon about a shaft rotation axis, wherein the housing includes a gear member disposed therein that is operatively engaged with the pinion gear and rotates about a gear rotation axis, wherein the push rod assembly is operatively connected to the gear member, and wherein rotational motion of the pinion shaft is converted to reciprocating motion of the push rod assembly through the engagement of the pinion gear and the gear member.

**10**. The percussive massage device of claim **9** wherein the motor includes a motor shaft extending outwardly therefrom, wherein a pinion coupling assembly is positioned between the motor shaft and the pinion shaft, wherein the pinion coupling assembly includes a lower connector that is operatively connected to the motor shaft, an upper connector that is operatively connected to the pinion shaft, and a cross coupling positioned between the lower connector and the upper connector.

**11**. The percussive massage device of claim **9** wherein the gear member is disposed in a rotation housing that is rotatable between at least first and second positions, wherein a gearbox housing that houses the gear member is disposed in the rotation housing, wherein the gearbox housing includes a clearance slot having first and second ends defined therein, wherein the push rod assembly extends through the clearance slot, and wherein when the rotation housing is rotated from the first position to the second position the push rod assembly moves within the clearance slot from adjacent the first end to adjacent the second end.

**12**. The percussive massage device of claim **6** wherein the push rod assembly includes a first rod portion having a proximal end and a distal end and a second rod portion having a proximal end and a distal end, wherein the proximal end of the first rod portion is operatively connected to the motor, wherein an adapter assembly is positioned between the first and second rod portions, wherein the adapter assembly allows the first rod portion to pivot with respect to the second rod portion.

**13**. The percussive massage device of claim **12** wherein the adapter assembly includes an adapter member that includes a pocket that receives the distal end of the first rod portion therein, and wherein a pivot pin spans the pocket and extends through the distal end of the first rod portion.

**14**. The percussive massage device of claim **6** wherein the motor is housed in the third handle portion.

**15**. The percussive massage device of claim **6** wherein the first, second and third handle portions are oriented such that a user can grasp any of the first, second or third handle portions independently with a single hand to use the percussive massage device at a plurality of different angles.

**16**. The percussive massage device of claim **6** wherein the battery is housed in the second handle portion.

**17**. The percussive massage device of claim **6** wherein the housing defines a housing length, wherein at least a portion of the handle opening extends forwardly of half the housing length.

**18**. The percussive massage device of claim **6** wherein a transverse plane that bifurcates the housing extends through the handle opening.

**19**. A percussive massage device comprising:
a housing,
an electrical source,
a motor positioned in the housing, wherein the motor is configured to rotate a pinion shaft having a pinion gear thereon about a shaft rotation axis, wherein the housing includes a gear member disposed therein that is opera-

US 10,702,448 B2

25

tively engaged with the pinion gear and rotates about a gear rotation axis, wherein the motor includes a motor shaft extending outwardly therefrom, wherein a pinion coupling assembly is positioned between the motor shaft and the pinion shaft, wherein the pinion coupling assembly includes a lower connector that is operatively connected to the motor shaft, an upper connector that is operatively connected to the pinion shaft, and a cross coupling positioned between the lower connector and the upper connector,

a switch for activating the motor, and

a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor, wherein the push rod assembly is operatively connected to the gear member, and wherein rotational motion of the pinion shaft is converted to reciprocating motion of the push rod assembly through the engagement of the pinion gear and the gear member, wherein the lower connector includes a main body portion that defines a central opening that receives the motor shaft and first and second lower connector arms extending outwardly from the main body portion of the lower connector, wherein the upper connector includes a main body portion that defines a central opening that receives the pinion shaft and first and second upper connector arms extending outwardly from the main body portion of the upper connector, wherein the cross coupling includes radially extending ribs, and wherein

26

the first and second lower connector arms and the first and second upper connector arms operatively engage the radially extending ribs.

**20**. The percussive massage device of claim **19** wherein the lower and upper connectors comprise a plastic and the cross coupling comprises an elastomer.

**21**. A percussive massage device comprising:

a housing,

an electrical source,

a motor positioned in the housing,

a switch for activating the motor, and

a push rod assembly operatively connected to the motor and configured to reciprocate in response to activation of the motor, wherein the push rod assembly includes a first rod portion having a proximal end and a distal end and a second rod portion having a proximal end and a distal end, wherein the proximal end of the first rod portion is operatively connected to the motor, wherein an adapter assembly is positioned between the first and second rod portions, wherein the adapter assembly allows the first rod portion to pivot with respect to the second rod portion, wherein the adapter assembly includes an adapter member that includes a pocket that receives the distal end of the first rod portion therein, wherein a pivot pin spans the pocket and extends through the distal end of the first rod portion, and wherein the adapter member includes a protrusion that is received in the proximal end of the second rod portion.

* * * * *